1  MICHAEL C. OLSON [SBN 129496]
   **LAW OFFICE OF MICHAEL C. OLSON, P.C.**
2  1400 Bristol Street North, Suite 270
   Newport Beach, CA 92660
3  Telephone (949) 442-8940
   Facsimile  (949) 442-8935
4  Email: molson@lawyer.com

5  Attorneys for Defendant
   ACCEPTANCE INSURANCE COMPANY

6

7                          E-filing

8            **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10  GERLING AMERICA INSURANCE COMPANY,    Case No.  **CV 08 — 2123**
    a Corporation,
11                                        **CERTIFICATE RE INTERESTED**
           Plaintiff,                     **PARTIES**
12
       v.
13
    ACCEPTANCE INSURANCE COMPANY, a
14  corporation, and Does 1 to 100, inclusive,

15         Defendants.

16

17

18        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

19  named parties, there is no such interest to report.

20

21

22  Dated:    April 23 2008          **LAW OFFICE OF MICHAEL C. OLSON, P.C.**

23
                             By: _____
24                               MICHAEL C. OLSON
                                 Attorneys for Defendant
25                               ACCEPTANCE INSURANCE COMPANY

26

27

28