1  David W. Evans (Bar No. 79466)
   HAIGHT BROWN & BONESTEEL LLP
2  71 Stevenson Street, 20th Floor
   San Francisco, CA 94105-2981
3  Telephone: (415) 546-7500
   Facsimile: (415) 546-7505
4
   Attorneys for Plaintiff GERLING AMERICA
5  INSURANCE COMPANY

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | GERLING AMERICA INSURANCE    )  Case No. CV 08 2123 JL
   | COMPANY, a corporation,      )
12 |                              )
   |         Plaintiff,           )
13 |                              )  NOTICE OF SUBSTITUTION OF
   |   vs.                        )  ATTORNEYS WITHIN LAW FIRM
14 |                              )
   | ACCEPTANCE INSURANCE         )
15 | COMPANY, a corporation; and DOES 1 to )
   | 100, inclusive,              )
16 |                              )
   |         Defendants.          )
17 |_____)

18 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19      TAKE NOTICE that Plaintiff Gerling American Insurance Company substitutes

20 David W. Evans, State Bar No. 79466, as its counsel and attorney of record in place of

21 Michael J. Leahy, State Bar No. 82247 and Christopher V. Kendrick, State Bar No.

22 162869. All counsel are at the firm Haight, Brown & Bonesteel, LLP. Contact

23 information for new counsel is as follows:

24          David W. Evans, Esq.
            Haight, Brown & Bonesteel, LLP
25          71 Stevenson Street, 20th Floor
            San Francisco, CA 94105-2981
26          (415) 546-7500
27          Email: devans@hbblaw.com

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

HD99-0000001
3391871.2

1

Notice of Substitution of Attorneys

| | |
|---|---|
| 1  Dated: May 20, 2008 | HAIGHT BROWN & BONESTEEL LLP |
| 2 | |
| 3 | By: /s/ David W. Evans |
| 4 | David W. Evans<br>Attorneys for Plaintiff |
| 5 | GERLING AMERICA INSURANCE COMPANY |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

HD99-0000001
3391871.2

2

Notice of Substitution of Attorneys