David W. Evans (Bar No. 79466)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorneys for Plaintiff GERLING AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERLING AMERICA INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE INSURANCE COMPANY, a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 08 2123 JL<br><br>CONSENT TO ASSIGNMENT |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge James Larson conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: May 20, 2008

HAIGHT BROWN & BONESTEEL LLP

By: _____
David W. Evans
Counsel for Plaintiff GERLING
AMERICA INSURANCE COMPANY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

HD99-0000001
3392006.1

1

Consent to Assignment