1  David W. Evans (Bar No. 79466)
   Elizabeth J. Gehlhar (Bar No. 213054)
2  6080 Center Drive, Suite 800
   Los Angeles, CA 90045-1574
3  Telephone: 310.215.7100
   Facsimile: 310.215.7300
4
   Attorneys for Plaintiff GERLING AMERICA
5  INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GERLING AMERICA INSURANCE              ) Case No. CV 08 2123 JL
   COMPANY, a corporation,                )
12                                         )
13        Plaintiff,                       ) STIPULATION OF DISMISSAL
                                           )
14    vs.                                  )
                                           )
15 ACCEPTANCE INSURANCE                    )
   COMPANY, a corporation; and DOES 1 to  )
16 100, inclusive,                         )
                                           )
17        Defendants.                      )
                                           )
18

19        IT IS HEREBY STIPULATED by and between the parties to this action through

20 their designated counsel that the above-captioned action be and hereby is dismissed

21 without prejudice pursuant to FRCP 41(a)(1). Each party further agrees to bear its own

22 costs.

23 Dated: June 16, 2008                    HAIGHT BROWN & BONESTEEL LLP

24

25                                         By: _____
26                                             David W. Evans
                                               Elizabeth Gehlhar
27                                             Attorneys for Plaintiff GERLING
                                               AMERICA INSURANCE COMPANY
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.    HD99-0000001                 1              Stipulation of Dismissal
Los Angeles          3405145.1

1
2  Dated: June 16, 2008          LAW OFFICES OF MICHAEL C. OLSON
3
4                                By: _____
5                                   Michael C. Olson
                                    Attorneys for Defendant ACCEPTANCE
6                                   INSURANCE COMPANY
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

HD99-0000001
3405145.1

2

Stipulation of Dismissal